12/08/07
WILLIE WEAVER
J-91389  B-2-210
PELICAN BAY STATE
PRISON  P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED
07 DEC 12 PM 5:01

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,

    PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON,

    DEFENDANT(S)

CASE NO, C-07-04897
JW (PR)

MOTION TO VACATE
JUDGEMENT

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULE OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT. THIS MOTION IS BASED ON THE PAPERS AND FILES IN THIS MATTER.

RESPECTIBLE SUBMITTED
*Willie Weaver*
SIGNATURE

I DECLARE UNDER PENALTY OF PURJURY THAT THE FORGOING BE TRUE AND CORRECT,

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
  PLAINTIFF,

vs.

PELICAN BAY STATE PRISON,
  DEFENDANT(S),

CASE NO. C-07-04897 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 12/08/07 THREE EXACT MOTION TO VACATE JUDGEMENT by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I declare under penalty of perjury that the foregoing is true and correct.

Willie Weaver
SIGNATURE