WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA,
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M          $ 00.
0004217666   DEC 10
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

9410213661

CASE NO, C - 07 - 048
JW (PR) OFFICE OF
CLERK, UNITED STAT
DISTRICT COURT FOR T
NORTHERN DISTRICT O
CALIFORNIA 450 GO
AVENUE
SAN FRANCISCO, CA,