1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    WILLIE WEAVER,                    )
                                       )     No. C 07-04897 JW (PR)
10            Plaintiff,               )
                                       )     ORDER DENYING MOTION TO
11      vs.                            )     VACATE JUDGMENT
                                       )
12                                     )
     P.S.U MEDICAL FACILITY,           )
13                                     )
              Defendant.               )
14                                     )     (Docket No. 4)
     _____

15

16          Plaintiff filed a motion to vacate judgment (Docket No. 4) pursuant to Rule

17   59(e) of the Federal Rules of Civil Procedure.  Rule 59 permits parties to an action

18   in which there has been a trial by jury to move for a new trial for the reasons set

19   forth therein.  See Fed. R. Civ. P. 59(a).  There was no trial by jury in this action as

20   Plaintiff's complaint was dismissed for failure to pay the filing fee.  (Docket No. 3)

21   Accordingly, Plaintiff's motion is DENIED.

22          This order terminates Docket No. 4.

23

24   DATED: _____July 7, 2008_____        _____

25                                            JAMES WARE
                                              United States District Judge
26

27

28

Order Denying Motion to Vacate Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver04897_motion.wpd

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


WILLIE WEAVER,

              Plaintiff,

  v.

P.S. U MEDICAL FACILITY,

              Defendant.

_____/

Case Number: CV07-04897 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/9/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000


Dated: _____7/9/2008_____

                                Richard W. Wieking, Clerk
                          /s/By: Elizabeth Garcia, Deputy Clerk